IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**United States of America**

                    **vs**                          **CR NO. 2:19-CR-00779-DCN**

**Todd Vannatta**

# PLEA

The defendant, **Todd Vannatta**, having withdrawn his plea of Not Guilty entered,

December  27,  2018  pleads guilty to **Count(s)** _____*1*_____ of the **Superseding**

**Indictment**, after arraignment in open court.

_____
(Signed) Defendant

Charleston, South Carolina
November 1, 2019