UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 2:18-cr-00779 DCN |
| | ) | |
| vs. | ) | **ORDER EXTENDING TIME** |
| | ) | **TO OBJECT TO PSR** |
| | ) | |
| TODD VANNATTA, | ) | |
| a/k/a TODD ALAN | ) | |

On February 11, 2020, this Court granted a Motion to extend the time to file a response to the Pre-Sentence Report until February 17, 2020 (ecf. 170). February 17, 2020 is a federal holiday and the Courts will be closed. Defendant's attorney asks that the Court extend the time to file a response to the Pre-Sentence Report until February 18, 2020.

IT IS THEREFORE ORDERED that the Defendant's time to respond to the Pre-Sentence Report is extended until February 18, 2020.

IT IS SO ORDERED.

_____
DAVID C. NORTON
UNITED STATES DISTRICT JUDGE

February 14, 2020
Charleston, South Carolina